FILED BY \_\_\_\_R.B.\_\_\_\_ D.C.

Apr 4, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. \_\_\_24-CR-60056 Damian /Valle\_\_\_

18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 875(d)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 2253(a)
18 U.S.C. § 2428(a)(1)

UNITED STATES OF AMERICA

v.

JOSHUA ISAIAH SIFFRAIN,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

From on or about November 23, 2022, and continuing until on or about December 25, 2022, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSHUA ISAIAH SIFFRAIN,**

employed, used, persuaded, induced, enticed, and coerced a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
## Enticement of a Minor
## (18 U.S.C. § 2422(b))

From on or about November 23, 2022, and continuing until on or about December 25, 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**JOSHUA ISAIAH SIFFRAIN,**

using any facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual, Minor Victim 1, who had not attained the age of eighteen years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3
## Possession of Child Pornography
## (18 U.S.C. § 2252(a)(4)(B) & (b)(2))

On or about October 17, 2023, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSHUA ISAIAH SIFFRAIN,**

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## COUNT 4
### Sending Extortionate Interstate Communications
### (18 U.S.C. § 875(d))

From on or about November 23, 2022, and continuing until on or about December 25, 2022, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSHUA ISAIAH SIFFRAIN,**

did knowingly, with the intent to extort from another person, N.J., a thing of value, transmit in interstate and foreign commerce any communication containing any threat to injure the reputation of the addressee, that is, the defendant threatened to post sexually explicit photographic images of the addressee, if the addressee refused to send sexually explicit images of herself to the defendant, in violation of Title 18, United States Code, Section 875(d).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and, by this reference, fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSHUA ISAIAH SIFFRAIN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2251 and/or 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property, real or personal, that was used or intended to be used to commit, or to facilitate the commission of, such offense, pursuant to Title 18, United States Code, Section 2428(a)(1); and (b) any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4. Upon conviction of a violation of Title 18, United States Code, Section 875, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253(a), and 2428(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

_BRUCE O. BROWN_
FOR MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
M. CATHERINE KOONTZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSHUA ISAIAH SIFFRAIN,

_____/
Defendant.

CASE NO.: __24-CR-60056 Damian/ Valle__

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☒ FTL
- ☐ Key West
- ☐ WPB
- ☐ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) __No__
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V  ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: _____
M. CATHERINE KOONTZ
Assistant United States Attorney
Court ID No.    A5501929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOSHUA ISAIAH SIFFRAIN

**Case No**: _____

Count #: 1

Production of Child Pornography

18 U.S.C. § 2251(a) and (e)

* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $250,000

Count #: 2

Enticement of a Minor

18 U.S.C. § 2422(b)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $250,000

Count #: 3

Possession of Child Pornography

18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSHUA ISAIAH SIFFRAIN

**Case No:** _____

Count #: 4

Sending Extortionate Interstate Communications

18 U.S.C. § 875(d)

* Max. Term of Imprisonment: 2 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 1 year
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.